UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 03 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR0009 DPM |
| | ) | |
| v. | ) | Title 18, U.S.C. § 1708 |
| | ) | |
| HALLYE ELIZABETH TURNER | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 1, 2022, in the Eastern District of Arkansas, the defendant,

HALLYE ELIZABETH TURNER,

unlawfully had in her possession, mail and mail matter, that had been stolen and taken from residential mailboxes, that is, mail that had been stolen from approximately 29 residences, knowing that the mail had been stolen from residential mailboxes.

All in violation of Title 18, United States Code, § 1708.

(END OF TEXT. SIGNATURE PAGE ATTACHED.)