# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                                   Case No. 4:23-cr-00009-DPM-1

HALLYE ELIZABETH TURNER                                                              DEFENDANT

## ORDER

Defendant Hallye Turner appeared today with counsel for a hearing on the Government's Motion to Revoke Pretrial Release. (Doc. No. 9) This Court set Ms. Turner's conditions of release on January 12, 2023. (Doc. No. 7) The conditions include drug testing and inpatient drug treatment.

The present motion alleges that Ms. Turner violated her release conditions on January 17, 2023, after submitting a drug screen and testing presumptively positive for methamphetamine. She admitted to using methamphetamine on January 16, 2023. She also admitted that she was staying at a motel, but she was supposed to be living with her parents and caring for her child until she reported to treatment on January 30, 2023. Upon arrival today, she again tested presumptively positive for illicit drugs and admitted to recent marijuana use.

After discussion, counsel agreed to—and the Court adopted—a modification of Mr. Turner's release conditions. Ms. Turner is ordered to report to Arkansas Cares in Little Rock, Arkansas, no later than 4:00 p.m. today. The facility will house her and her child. The staff will care for the child while Ms. Turner receives inpatient treatment for 90 days. Therefore, the Government's Motion to Revoke is DENIED, and Ms. Turner's conditions of release are modified.

SO ORDERED this 20th day of January, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE