## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                                    No. 4:23-cr-9-DPM

HALLYE TURNER                                                 DEFENDANT

### ORDER

The Court intended to impose mental health counseling as a special condition of Turner's probation.  Absent any objection from the parties, it will amend its oral pronouncement and include that condition in the written Judgment.  Fed. R. Crim. P. 35.  Objections due by 26 May 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2026